JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD ANTHONY THROOP, | ) | NO. CV 05-04312 ABC (SS) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| FRANCISCO JACQUEZ, Acting Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Court's Order Modifying and Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 11, 2010

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE